AO 91 (Rev 11/11) Criminal Complaint

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
MAR 30 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. |
| DENZEL POWELL | ) 5:21mJ-42-LLK |
| | ) |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date of March 4, 2021 in the county of McCracken in the Western District of Kentucky, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Count 1: Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) | Felon in Possession of Firearm |

This criminal complaint is based on these facts:

See *Affidavit in Support of Criminal Complaint*, incorporated as if fully set forth herein.

☒XX    Continued on the attached sheet

*signature*

T.J. Worthen, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

*Sworn to/attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email.*

Date: March 30, 2021

*signature*

Hon. Lanny King, Magistrate Judge

City and State: Paducah, Kentucky

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Comes now Your Affiant, Special Agent T.J. Worthen of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), first being duly sworn, now deposes and says:

1. I am an ATF Special Agent and have been so employed for since January 2016. Prior to my employment with ATF, Your Affiant worked as a law enforcement officer for several agencies, beginning in 2003. I am presently assigned to the Paducah Satellite Office. My duties include, but are not limited to, that of enforcing the federal firearms laws under Title 18, United States Code. I am a graduate of the Federal Law Enforcement Training Center, the James J. Rowley Training Center of the United States Secret Service, The Kentucky Department of Criminal Justice Training Center, the United States Federal Air Marshal Training Program and most recently the ATF National Academy, and as a result of my training and experience as a law enforcement officer, as well as an ATF special agent, I am familiar with federal criminal laws and federal firearms laws. During my experience with ATF, I have been involved in many investigations involving armed criminals; as a result, I have become familiar with federal and state firearms laws.

2. This Affidavit is being submitted for the limited purpose of securing an arrest warrant for Denzel POWELL (hereinafter "POWELL"). Since this Affidavit is being submitted for the limited purpose of securing an arrest warrant for POWELL, your Affiant has not included each and every fact known concerning this investigation.

3. Based on my investigation, I have probable cause to believe that on March 4, 2021, POWELL violated Title 18, United States Code, Section 922(g)(1) – Possession of a Firearm and Ammunition By a Convicted Felon. The statements in this Affidavit are either known to me

personally, based on my personal involvement, information provided verbally to me by other law enforcement personnel, information received by a review of court documents and, records maintained by the National Crime Information Center (NCIC), as well as my training experience, and the training and experience of other law enforcement officers.

4. On Thursday, March 4, 2021, at approximately 4:30 P.M., Your Affiant spoke with Captain (Cpt.) Matt Smith of the Paducah Police Department (PPD) who advised POWELL was recently found to be in possession of a firearm by his (Cpt. Smith) officers during a traffic stop.

5. Your Affiant reviewed a copy of the report which revealed on March 4, 2021, at approximately 10:30 A.M., members of the PPD observed POWELL in front of 1416 Langstaff Avenue, Paducah, KY. POWELL was sitting in the driver's seat of a silver 2011 Chevy Impala, bearing Kentucky license plate 020MZN. The report indicated that PPD detectives were previously told by a Confidential Informant that POWELL was utilizing a silver impala to sell crack cocaine and was in possession of a firearm.

6. PPD Detectives observed and followed POWELL as POWELL drove away from the residence. The report indicated the detectives confirmed through dispatch that POWELL had a suspended driver's license. Detectives conducted a traffic stop of POWELL at 1441 Langstaff Avenue, Paducah, KY. The residence was that of POWELL'S mother. POWELL parked the vehicle in the driveway of the residence. During the stop a PPD K-9 unit arrived on scene to assist. The K-9 alerted to the presence of drugs within the vehicle. The report indicated PPD Detectives searched the vehicle and, in the trunk, located two (2) bags containing marijuana residue packaging and a loaded AR-15 type rifle. The firearm is described as a Ruger rifle, model AR-556, 5.56mm, bearing serial number 855-64919. The report further indicated the firearm contained a thirty round

(30) magazine which contained ammunition. PPD detectives located on POWELL'S person .5 grams of suspected crack cocaine, two (2) grams of suspected marijuana, and five (5) suspected hydrocodone pills.

7. POWELL was arrested and transported to the PPD to be interviewed. POWELL was Mirandized by McCracken County Sheriff's Department Detective Captain Jesse Riddle, and DEA Special Agent Keith Varni, and consented to questioning. During the interview, POWELL stated he is currently on parole. POWELL stated he had acquired the rifle approximately three (3) months prior in Fulton, KY from a young male who has a license to buy guns from people. POWELL stated he traded a 9mm (pistol) for the rifle. POWELL stated he had the rifle for protection.

8. Your Affiant reviewed Kentucky State Parole records that indicated on March 13, 2020, POWELL read and affirmed by way of signature that he (POWELL) understood he is a felon and is prohibited from possessing firearms or ammunition. Your Affiant also reviewed records of POWELL'S criminal history and certified copies of POWELL'S felony convictions. The case summary and judgment records from McCracken Circuit Court, McCracken County, Kentucky, revealed that on June 16, 2017 in McCracken County Circuit Court, POWELL was convicted of the following felonies:

- Manslaughter, 2nd degree, Case 16-CR-00177-001
- Wanton Endangerment 1st degree, Case 16-CR-00265
- Criminal Mischief 1st degree, Case 16-CR-00265

9. An interstate nexus examination was completed by an ATF expert on the firearm mentioned above. Based upon visual inspection it was found to be a firearm, and the inspection revealed that the Ruger rifle was not manufactured in the state of Kentucky. Based upon this

information, concerning the location of manufacture for the firearm, the presence of the firearm in Kentucky indicates that at some point the firearm travelled in or affected interstate or foreign commerce.

THEREFORE, based upon the above, your Affiant has probable cause to believe that, on or about March 4, 2021, in the Western District of Kentucky, McCracken County, Kentucky, Denzel POWELL, knowingly possessed, in an affecting commerce, a Ruger, model AR-556, 5.56mm caliber, semi-automatic rifle, bearing serial number 855-64919, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, as specified in paragraph 8 above, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Further your Affiant sayeth naught.

Special Agent TJ Worthen
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email.

Honorable Lanny King
United States Magistrate Judge
United States District Court
Western District of Kentucky

Date: March 30, 2021